1  Laura Krank
   Attorney at Law: 220208
   Law Offices of Rohlfing & Kalagian
2  211 East Ocean Boulevard, Suite 420
   Tel: (562) 437-7006
3  Fax: (562) 432-2935
   E-mail: Laura_RK.office@speakeasy.net
4  Attorneys for ELVIA MORALES

5

6              UNITED STATES DISTRICT COURT

7              CENTRAL DISTRICT OF CALIFORNIA

8                    WESTERN DIVISION

9

10 ELVIA MORALES              ) Case No.: CV 08-8190 E
                              )
11                            ) [~~PROPOSED~~] ORDER
            Plaintiff,        )
12                            )
      vs.                     )
13 MICHAEL ASTRUE,            )
   COMMISSIONER OF THE SOCIAL )
14 SECURITY ADMINISTRATION,   )
                              )
15                            )
            Defendant.        )
16 _____

17

18      Based upon the parties Stipulation to Dismiss, this matter is hereby

19 dismissed with prejudice.

20      DATED: 4/27/09

21                              _____
22                              UNITED STATES MAGISTRATE JUDGE

23

24

25

-1-